IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:20-CR-220 |
| **v.** | : | |
| **GLENN JEROME BRADLEY** | : | Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, this 7th day of November, 2022, upon consideration of Defendant Glenn Jerome Bradley's motion to suppress (Doc. 40), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED.**

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge